IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

**BROOKE EMIGH**

                Plaintiff,      Case No. 3:19-cv-01934-JBA

     v.

**CENTRAL CONNECTICUT STATE UNIVERSITY AND THOMAS DELVENTHAL**
                Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brooke Emigh and Defendant CCSU, that all claims brought by Plaintiff against Defendants CCSU and Thomas Delventhal shall be withdrawn and dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to bear their own costs and fees.

**AGREED this 10 day of August, 2020**

| | |
|---|---|
| **MARIA GARCIA-QUINTNER**<br><br>*/s/ Maria Garcia-Quintner*<br><br>MGQ Law, LLC<br>Maria Garcia-Quintner (ct27568)<br>246 Post Rd East, 2nd Floor<br>Westport, Connecticut 06880<br>(203) 836-3336<br>MGQ@MGQLaw.com<br><br>**Counsel for Plaintiff** | Mary K. Lenehan<br>Assistant Attorney General<br><br>*/s/ Mary K Lenehan*<br><br>**Counsel for Defendant CCSU**<br>State of Connecticut<br>Office of the Attorney General<br>165 Capitol Ave.<br>Hartford, CT 06106<br>(860) 808-5210<br>mary.lenehan@ct.gov |

1

|  |  |
|--|--|
|  |  |

## CERTIFICATION

I hereby certify that on August 10, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                                                      //s// Maria Garcia-Quintner